IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

E-YAGE BOWENS,
DOC # M93599,

    Petitioner,

v.                                        Case No.  4:20cv136-MW/MAF

WARDEN OF MADISON
CORRECTIONAL INSTITUTION,

    Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The Petitioner's petition, ECF No. 1, is **DISMISSED** and the motion to waive the filing fee, ECF No. 2, is **DENIED.**"  The Clerk shall also close the file.

**SO ORDERED on May 5, 2020.**

                                                    **s/Mark E. Walker           **
                                                    **Chief United States District Judge**